sistant Attorney General McMahon, and Messrs. William W. Barron, and W. Marvin Smith for respondent. Solicitor General Jackson was on a brief for the respondent. 

No. 740. INTERNATIONAL MANUFACTURERS SALES Co. v. UNITED STATES. March 14, 1938. Petition for writ of certiorari to the Court of Claims denied. Mr. Loring M. Black for petitioner. Acting Solicitor General Bell, Assistant Attorney General Whitaker, and Mr. Paul A. Sweeney for the United States. 

No. 744. WASHINGTON v. McGRATH, EXECUTRIX. March 14, 1938. Petition for writ of certiorari to the Supreme Court of Washington denied. Mr. William H. Pemberton for petitioner. No appearance for respondent. 

No. 752. ATLANTIC COAST LINE R. Co. v. BATTON. March 14, 1938. Petition for writ of certiorari to the Supreme Court of North Carolina denied. Messrs. Thomas W. Davis, F. S. Spruill, and V. E. Phelps for petitioner. Mr. W. Frank Taylor for respondent. 

No. 758. CAPONE v. UNITED STATES. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Abraham Teitelbaum for petitioner. Acting Solicitor General Bell, Assistant Attorney General Morris, and Messrs. J. Louis Monarch, William H. Boyd, Earl C. Crouter, and W. Marvin Smith for the United States.